Argued and submitted September 22, 1993, affirmed February 16, 1994

In the Matter of the Compensation of
Warren N. Bowen, Claimant.

## SAIF CORPORATION
and University of Oregon,
*Petitioners,*

*v.*

Warren N. BOWEN,
*Respondent.*

(WCB 91-15616; CA A77263)

868 P2d 38

David L. Runner, Assistant Attorney General, argued the cause for petitioners. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Edward J. Harri argued the cause for respondent. With him on the brief was Malagon, Moore, Johnson, Jensen & Correll.

Before Deits, Presiding Judge, and Richardson, Chief Judge,* and Riggs, Judge.

PER CURIAM

Affirmed. *Meyers v. Darigold, Inc.,* 123 Or App 217, 861 P2d 352 (1993); *Jefferson v. Sam's Cafe,* 123 Or App 464, 861 P2d 359 (1993).

---

* Richardson, C. J., *vice* Durham, J.